United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. LIZARRAGA,<br><br>        Petitioner,<br>  v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent.<br>_____/ | No. C 08-1359 SI (pr)<br><br>**ORDER OF TRANSFER** |

Francisco J. Lizarraga, an inmate at Salinas Valley State Prison, has filed a petition for writ of habeas corpus to challenge his 2000 conviction and sentence from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: March 12, 2008

_____
SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO J. LIZARRAGA,

        Plaintiff,

v.

PEOPLE OF STATE OF CA et al,

        Defendant.

Case Number: CV08-01359 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Jauier Lizarraga P-89773
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 13, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk