UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

APR 0 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

March 13, 2008

USDC for the Central District of California
Clerk's Office
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

CV08 - 2174 SSO (CRC)

RE: CV 08-01359 SI   FRANCISCO J. LIZARRAGA-v-PEOPLE OF STATE OF CA

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/
by: <u>Yumiko Saito</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

4/2/08

x_____
S. SZABO, Deputy Clerk